

# NUMBERS 13-22-00361-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**VICTOR HERNANDEZ A/K/A**
**VICTOR HERNANDEZ JR.,**                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                          **Appellee.**

---

### On appeal from the 156th District Court
### of Live Oak County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva**
**Memorandum Opinion by Justice Silva**

Appellant filed a notice of appeal attempting to appeal final judgments in trial court case number LCR210044. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal" without permission of the Court.

*See* TEX. R. APP. P. 25.2(a)(2). On August 4, 2022, the Court ordered appellant's counsel to review the record and determine whether appellant had a right to appeal. In response, appellant's counsel filed a letter indicating appellant plead guilty and waived his right to appeal. Appellant's counsel also indicated appellant was provided admonishments before signing the waiver of rights, the judicial confession and stipulation, and the appeal certification of right to appeal which indicated he would have no right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is dismissed for want of jurisdiction.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of August, 2022.